**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 03-0115-001-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Robert R. Dillie, | |
| Defendant. | |

Defendant Robert Dillie has filed a motion to reduce, modify, or terminate his supervised release. Doc. 126. Defendant is not scheduled to be released from custody until June of 2015, and yet asks the Court to either eliminate his supervised release altogether or reduce it to one year and allow him to relocate to Israel.

The Court previously provided a recommendation to BOP under 18 U.S.C. § 3621. Whether or not to accept that recommendation is a matter for BOP to decide.

The Court will not make modifications to Defendant's supervised release. The Court regards the original sentence as correctly imposed, including the term of supervised release. The arguments and reasons contained in Defendant's motion do not persuade the Court that a change in the supervised release term is warranted.

**IT IS ORDERED** that Defendant's motion (Doc. 126) is **denied**.

DATED this 8th day of April, 2013.

_____
David G. Campbell
United States District Judge